IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **SHERRIE BAILEY**, | ) |
| Plaintiff, | ) ) ) No. 09-CV-0531 WJ/DJS |
| v. | ) ) |
| **I-FLOW CORPORATION**, a Delaware corporation; **DJO, LLC**, a Delaware corporation; and **DJO, INC**. f/k/a **DJ ORTHOPEDICS, INC.**, a Delaware corporation, | ) ) **PLAINTIFF SHERRIE BAILEY'S** ) **RESPONSE IN OPPOSITION TO** ) **DEFENDANT DJO, INC.'S** ) **MEMORANDUM AND MOTION TO** ) **DISMISS PURSUANT TO RULE** |
| Defendants. | ) **12(b)(6) FOR FAILURE TO STATE A** ) **CLAIM UPON WHICH RELIEF CAN** ) **BE GRANTED** |

## I. INTRODUCTION

Not content with the Court's first ruling on the issue, DJO LLC has briefed this issue a second time, I-Flow has moved the Court for a third time to find that plaintiff's conspiracy claim fails as a matter of law. What should be a simple joinder by DJO Incorporated is now a fourth, duplicative brief on the issue. The second motion by DJO (Doc. 95), the third motion by I-Flow (Doc. 97), and now a fourth motion by DJO Incorporated (Doc. 103) are little more than motions for reconsideration. For the reasons previously briefed, the Court should deny DJO's motion, because construing all inferences in favor of plaintiff, her First Amended Complaint is sufficient as a matter of law. Plaintiff addresses each argument in turn.

    A.    <u>**PRIOR BRIEFS AND RULING ON CONSPIRACY CLAIMS**</u>

Before the plaintiff filed her First Amended Complaint, she filed a motion which was opposed by I-Flow on many of the same grounds now re-argued by I-Flow. *See Plaintiff's Motion to Amend Complaint*, (Doc. 43), *Order Granting Plaintiff's Motion to Amend Complaint and Order Modifying Caption of Complaint*, (Doc. 80). After filing her First Amended Complaint, DJO filed its *Motion to Dismiss* (Doc. 95), which plaintiff has opposed (Doc. 102).

Then, I-Flow filed its *Motion to Dismiss* (Doc. 97).  Plaintiff adopts this prior briefing and ruling of the Court as if fully set forth herein.  The Court previously applied the standards of *Twombly* and *Iqbal*, and I-Flow's arguments under these cases are nothing more than a reiteration of arguments previously considered and rejected by the Court.  The Court previously ruled that plaintiff's claims were not futile "if the proposed amended complaint sets forth sufficient facts to survive a motion to dismiss."  (Doc. 79 at p. 3).  The Court should affirm its earlier ruling that the amended complaint would survive a motion to dismiss, and deny DJO Incorporated's motion to dismiss.

### B. ARGUMENTS NOT IN PRIOR BRIEFS

Reviewing DJO Incorporated's brief, it appears that apart from the length of the introduction, DJO Incorporated's brief is word for word identical to DJO, LLC's brief.  Plaintiff therefore relies on the other briefing incorporated by reference, to spare the Court time wasted reading duplicate briefs.

Dated:  August 2, 2010.

Respectfully submitted,

**WILLIAMS LOVE O'LEARY & POWERS, P.C.**

By: /s/ Michael L. Williams
Michael L. Williams
mwilliams@wdolaw.com
Leslie W. O'Leary
loleary@wdolaw.com
Thomas B. Powers
tpowers@wdolaw.com
**WILLIAMS LOVE O'LEARY & POWERS, P.C.**
9755 SW Barnes Rd., #450
Portland, OR 97225-6681
(503) 295-2924
(503) 295-3720 (Fax)

Paul Dominguez
pdominguez@branchlawfirm.com
Turner W. Branch
tbranch@branchlawfirm.com
Ryan Thomas Sanders

rsanders@branchlawfirm.com
**BRANCH LAW FIRM**
2025 Rio Grande Blvd. NW
Albuquerque, NM  87104
(505) 243-3500
(505) 243-3435 (Fax)

Ernest Franklin Woodson
frank.woodson@beasleyallen.com
Matthew E. Munson
Matt.Munson@BeasleyAllen.com
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Robert J. Curtis, Esq.
curtisr@civerolo.com
Civerolo Gralow Hill & Curtis
PO Drawer 887
Albuquerque, NM 87103

Chad J. Layton, Esq.
clayton@smsm.com
Mitchell P. Morinec
mmorinec@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive
Willis Tower, Suite 5500
Chicago, IL 60606

*Attorney for Defendant I-Flow Corporation*

Jacqueline A Olexy, Esq.
jao@madisonlaw.com
Michael J Dekleva, Esq.
mjd@madisonlaw.com
Madison Harbour & Mroz PA
PO Box 25467
Albuquerque, NM 87125

*Attorney for DJO, LLC, DJO, Inc. f/k/a DJ Orthopedics, Inc.*

**WILLIAMS LOVE O'LEARY & POWERS, P.C.**

/s/ Michael L. Williams
Michael L. Williams
mwilliams@wdolaw.com
Leslie W. O'Leary
loleary@wdolaw.com
Thomas B. Powers
tpowers@wdolaw.com
**WILLIAMS LOVE O'LEARY & POWERS, P.C.**
9755 SW Barnes Rd., #450
Portland, OR 97225-6681
(503) 295-2924
(503) 295-3720 (Fax)